**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALLIANCE OF ARTISTS AND RECORDING COMPANIES, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>CHRYSLER GROUP LLC, *et al.*,<br><br>Defendants. | Civ. No. 1:14-cv-01920-KBJ |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Alliance of Artists and Recording Companies, Inc. ("AARC"), by and through its counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against the defendant Mitsubishi Electric US, Inc.

Respectfully submitted,

Dated: February 5, 2015

By: /s/ Richard B. Dagen

Richard B. Dagen (DC Bar No. 388115)
Michael D. Bednarek (DC Bar No. 414355)
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, DC 20004
Telephone: (202) 912-4700
Facsimile: (202) 912-4701

*Counsel for Plaintiff*
ALLIANCE OF ARTISTS AND
RECORDING COMPANIES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that a copy was served on the following counsel of record via ECF:

Seth D. Greenstein
Robert S. Schwartz
David D. Golden
CONSTANTINE CANNON LLP
1001 Pennsylvania Avenue NW
Suite 1300 North
Washington, DC 20004
(202) 204-3514 (telephone)
(202) 204-3501 (fax)
sgreenstein@constantinecannon.com
rschwartz@constantinecannon.com
dgolden@constantinecannon.com

Megan S. Woodworth
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4507 (telephone)
(202) 344-8300 (fax)
MSWoodworth@Venable.com

/s/ Richard B. Dagen
Richard B. Dagen

*Counsel for Plaintiff Alliance of Artists and Recording Companies, Inc.*